[No. 27680-1-II.   Division Two.   November 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT JAMES YODER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-00417-2, Jay B. Roof and M. Karlynn Haberly, JJ., entered August 7, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Armstrong, JJ.

[No. 27742-5-II.   Division Two.   November 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ERROL BOBBY MAYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01507-1, Marywave Van Deren, J., entered July 30, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 28081-7-II.   Division Two.   November 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL G. NEWMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-04422-6, Vicki L. Hogan, J., entered November 1, 2001. *Reversed* by unpublished opinion per Morgan, J., concurred in by Houghton and Armstrong, JJ.

[No. 28186-4-II.   Division Two.   November 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY JOSEPH DONLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 95-1-00087-5, Stephen M. Warning, J., entered November 13, 2001. *Reversed* by unpublished opinion per Morgan, J., concurred in by Houghton and Armstrong, JJ.